TOWNSHIP OF PENNSVILLE, PLAINTIFF-PETITIONER, v. SALEM COUNTY BOARD OF TAXATION, *ET AL.*, DEFENDANT-RESPONDENT.

*Mr. Andrew Rhea* and *Messrs. Ware, Caulfied, Zamal &* Cunard for the petitioner.

*Mr. Oakford W. Acton, Jr.* and *Mr. George S. Friedman* for the respondents.

May 27, 1969. Denied.

TERESA M. HARRISON, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE TOWNSHIP OF LAWRENCE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Anschelewitz, Barr, Ansell & Bonello* for the petitioners.

*Mr. Harvey L. Stern* and *Messrs. Jamieson, Walsh, McCardell & Moore* for the respondents.

May 27, 1969. Denied.

J. I. KISLAK, PLAINTIFF-PETITIONER, v. JACK SIEGELMAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs Greene & Orloff* for the petitioner.

*Messrs. Clapp & Eisenberg* and *Messrs. Fox, Yanoff & Fox* for the respondents.

May 27, 1969. Denied.